UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROMULO SERRANO

       Plaintiff,

   -against-           08 CIVIL 02782 (TPG)

CONCOURSE SUDS, LLC
       Defendant.
------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Mathew E. Hoffman**

[x] *Attorney*

  [x] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    **MH9538**

  [ ] I am a Pro Hac Vice attorney

  [ ] I am a Government Agency attorney

[x] *Law Firm/Government Agency Association*

  From: **Todtman, Nachamie, Spizz & Johns, P.C.**

  To: **Barton Barton & Plotkin LLP**

  [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

[x] *Address:*  **420 Lexington Ave.   New York, NY 10170**

[x] *Telephone Number:*  **212-687-6262**

[x] *Fax Number:*  **212-687-3667**

[x] *E-Mail Address:*  **mhoffman@bartonesq.com**

Dated: **6/19/08**        */s/ Mathew E. Hoffman/clc*