BARTON BARTON & PLOTKIN LLP
Mathew E. Hoffman (MH 9538)
Jessica M. Jimenez (JJ 7404)
420 Lexington Avenue
New York, NY 10170
(212) 687-6262
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROMULO SERRANO, on behalf of himself and others similarly situated, <br><br> Plaintiffs <br><br> -against- <br><br> CONCOURSE SUDS, LLC d/b/a Candlewood Auto Mall <br><br> Defendant. | 08 CV 02782 (TPG) <br> ECF Case <br><br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Concourse Suds, LLC, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Not applicable.

Dated:   New York, New York
         June 19, 2008

**BARTON BARTON & PLOTKIN LLP**

By: __/s/ Mathew E. Hoffman_____
    Mathew E. Hoffman (MH 9538)
    Jessica M. Jimenez (JJ 7404)

*Attorneys for Defendant*
*CONCOURSE SUDS, LLC*
*d/b/a Candlewood Auto Mall*
420 Lexington Avenue, 18th Floor

New York, NY 10170
Tel: (212) 687-6262
Fax: (212) 687-3667
mhoffman@bartonesq.com
jjimenez@bartonesq.com